UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES RUSSELL,<br><br>           Petitioner,<br><br>     v.<br><br>SUSAN PEERY, Warden,<br><br>           Respondent. | No. 2:18-cv-2504 KJN P<br><br><br><br>ORDER |

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a completed in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner is provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

     In addition, petitioner requested the appointment of counsel. However, petitioner did not sign his motion. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider the motion unless he signs it. Petitioner is granted an opportunity to re-file his motion, including a signature page bearing his signature. Failure to re-submit the signed motion will result in an order striking the September 14, 2018 motion.

     In accordance with the above, IT IS HEREBY ORDERED that:

1

1. Petitioner shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district; and

3. Petitioner is granted thirty days in which to resubmit a signed motion for appointment of counsel.

Dated: September 19, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/russ2504.101a