UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES RUSSELL,<br><br>Petitioner,<br><br>v.<br><br>SUZANNE PEERY, Warden,<br><br>Respondent. | No. 2:18-cv-2504 MCE KJN P<br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 14, 2018, respondent filed a motion to dismiss this action on the grounds that it was filed beyond the one-year statute of limitations and contains an unexhausted claim. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondent's December 14, 2018 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an

////

1

opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated: January 24, 2019

/russ2504.46h

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2