UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES RUSSELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SUZANNE PEERY, Warden,<br><br>　　　　　Respondent. | No. 2:18-cv-2504 MCE KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 14, 2018, respondent filed a motion to dismiss this action on the grounds that it was filed beyond the one-year statute of limitations and contained an unexhausted claim. Petitioner did not file a timely opposition. On January 24, 2019, petitioner was ordered to show cause why the motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. On February 19, 2019, petitioner filed an opposition to the motion in response to the order to show cause. (ECF No. 20.) However, page two of the opposition is missing. Petitioner addresses the exhaustion issue on page one, but at the bottom of the page petitioner claims he would address the facts relating to the statute of limitations, apparently on page two, but the second page is only petitioner's proof of service by mail. No substantive argument concerning the timeliness of the petition was provided.

1

Despite the delay already incurred, and in an abundance of caution, petitioner is granted one final opportunity to file page two of his opposition. Petitioner is cautioned that failure to timely file page two will result in only page one of his opposition being considered in addressing the motion.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, petitioner shall submit to the court page two of his opposition.

Dated: March 28, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/russ2504.ext